FLORENCE KELHOFFER, Respondent, v. ARTHUR KELHOFFER, Appellant.— In a divorce action, defendant appeals from an order denying his motion to open the default in appearing for trial and to vacate the interlocutory judgment entered in favor of plaintiff. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

EDWIN R. LAVIN, Appellant-Respondent, v. RUSSELL C. LAVIN et al., Respondents, and ANGY R. LA VIN, Respondent-Appellant.— In an action to establish an oral trust claimed to have been created by plaintiff's deceased father during his lifetime, to determine that plaintiff is the legal owner of capital stock of the corporate defendants, for various accountings, and for other relief, plaintiff appeals from the entire judgment, which granted him partial relief, and defendant Angy Ranger LaVin appeals from so much of the judgment as declares plaintiff to be owner of twenty shares of stock of defendant Sanford Hotel Corp., and directs her to deliver the same to plaintiff. Judgment unanimously affirmed, without costs. No opinion. Present—Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ.

FRANCES B. McDONALD, Appellant, v. EDWARD J. McDONALD, Defendant.— In an action for absolute divorce, in which defendant defaulted, plaintiff appeals from a judgment dismissing her complaint. Judgment unanimously affirmed, without costs. Assuming that the hospital record was erroneously excluded, there was insufficient evidence upon which to predicate a finding of adultery. Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

JEANE C. MEINKEN, Appellant, v. WALTER E. SOPER, Respondent.—In an action to recover broker's commissions and to enforce a lien therefor, order denying appellant's motion for summary judgment and directing the entry of judgment dismissing her complaint herein, and the judgment entered upon such order, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ.

MIDDLE ISLAND LAND & WATER COMPANY, Appellant, v. ANDREW GREIS COMPANY, INCORPORATED, et al., Defendants, and KATHRYN J. LAGRANGE et al., Respondents.—In an action to foreclose a mortgage, plaintiff appeals from orders granting a motion by each respondent for summary judgment dismissing the complaint as to them, and from the judgments entered thereon, the motions having been granted on the ground that respondents, as owners of tax titles, may not be compelled to litigate the question of the validity of such tax titles in this action. Orders and judgments unanimously affirmed, with one bill of $10 costs and disbursements. No opinion. Present—Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.